NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**TONY C. HALL,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2012-7115

---

Appeal from the United States Court of Appeals for Veterans Claims in 10-4309, Judge Robert N. Davis.

---

**ON MOTION**

---

**O R D E R**

Tony C. Hall moves for a 60-day extension of time, until December 21, 2012, to file his reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

TONY HALL V. SHINSEKI                                              2

The motion is granted.

FOR THE COURT

/s/ Jan Horbaly
Jan Horbaly
Clerk

s21